Edward T. Weber, Esq. Attorney Bar No. 194963
**ROUTH CRABTREE OLSEN, P.S.**
505 North Tustin Avenue, Suite 243
Santa Ana, California 92705
Telephone: (714) 277-4915
Facsimile: (714) 277-4899
eweber@rcolegal.com

File No.: RCO 7021.37002
Attorneys for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Jose Jesus Uribe Rojas and<br>Laura Flores-Silva<br><br><br><br><br><br>Debtors. | CASE NO.: 2:09-bk-37245-VZ<br><br>Chapter 13<br><br>**MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENT**<br><br>Date: April 27, 2010<br>Time: 11:00 am<br>Place: 255 E. Temple Street<br>Los Angeles, CA 90017<br>Courtroom 1368<br>Floor 13 |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE

AND ALL PARTIES IN INTEREST:

Movant hereby requests that the Court approve a Loan Modification Agreement between the parties as follows:

1. The Chapter 13 case herein was filed on October 7, 2009.

2. Debtor owns the real property located at 1312 Crestview Ave., San Bernardino, CA 92404.

1

3. Movant holds a Deed of Trust against the property which secures a Note.

4. Movant and Debtor have reached an agreement to modify the terms of the Note and Deed of Trust. A true and correct copy of the agreement is marked as Exhibit "1" to this motion.

5. The subject agreement will assist the Debtor in being able to make current loan payments and to keep the real property.

6. The agreement will not have any adverse impact on the estate, the Trustee, or any other creditor in this bankruptcy case, and/or any Discharge that the Debtor may receive in this case. If the plan needs to be modified, the Movant believes the Debtor will file the appropriate documents with the Court. Movant will modify its Proof of Claim as appropriate.

7. The parties believe the Court has the power and the authority to grant this motion pursuant to 11 U.S.C. Section 105 and that the agreement is in the best interests of both parties.

WHEREFORE, Movant requests that this motion be granted and the Court approve the subject agreement, and for such other and further relief as the Court deems proper.

Dated: March 29, 2010                    ROUTH CRABTREE OLSEN, P.S.

                                         By: /s/ Edward T. Weber
                                         Edward T. Weber, Esq.
                                         Attorneys for Movant