1 | Edward T. Weber, Esq. Attorney Bar No. 194963
**ROUTH CRABTREE OLSEN, P.S.**
2 | 505 North Tustin Avenue, Suite 243
Santa Ana, California 92705
3 | Telephone: (714) 277-4915
Facsimile: (714) 277-4899
4 | eweber@rcolegal.com

5

6 | File No.: RCO 7021.37002
Attorneys for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

7

8

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11 | In re ) CASE NO.: 2:09-bk-37245-VZ
12 | )
Jose Jesus Uribe Rojas and )
13 | Laura Flores-Silva ) Chapter 13
 )
14 | )
 ) **NOTICE OF HEARING ON**
15 | ) **MOTION FOR ORDER APPROVING**
 ) **LOAN MODIFICATION**
16 | ) **AGREEMENT**
 )
17 | Debtors. )
 ) Date: April 27, 2010
18 | ) Time: 11:00 am
 ) Place: 255 E. Temple Street
19 | ) Los Angeles, CA 90017
 ) Courtroom 1368
20 | ) Floor 13

21

22 | TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE

23 | AND ALL PARTIES IN INTEREST:

24 | PLEASE TAKE NOTICE that Movant, a creditor in this case, by and through undersigned

25 | counsel, hereby does and moves this Court for an order approving a Loan Modification Agreement

26 | reached between the Debtor(s) and Movant.

27 | A hearing on this matter will be held on April 27, 2010 at 11:00 am at 255 E. Temple Street, Los

28

1

1 | Angeles, CA 90017.  If you oppose this motion you must file and serve a written response no later than fourteen (14) days prior to the hearing and you must appear at the hearing.  Failure to do so may result in the relief requested being granted without further notice.

The motion is based on this notice, the motion and the declaration filed in support thereof as well as any information or evidence on file with the Court or judicially noticed and any further evidence or argument that may be presented at the time of hearing.

Dated: March 29, 2010                               ROUTH CRABTREE OLSEN, P.S.


                                                    By: /s/ Edward T. Weber
                                                    Edward T. Weber, Esq.
                                                    Attorneys for Movant

2