1  ROUTH CRABTREE OLSEN, P.S.
   EDWARD WEBER, ESQUIRE, #194963
2  JONATHAN J. DAMEN, ESQUIRE, #251869
   505 N. Tustin Ave, Suite 243
3  Santa Ana, California 92705
   Telephone 714-277-4915
4  Facsimile 714-277-4899
   Email eweber@rcolegal.com
5
6  File No.: RCO 7021.37002
   Attorneys for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS
7  SERVICING LP
8
9
           UNITED STATES BANKRUPTCY COURT
10         CENTRAL DISTRICT OF CALIFORNIA
           LOS ANGELES DIVISION
11
   In re:                            Bk. No.  2:09-bk-37245-VZ
12                                   **Chapter 13**

   Jose Jesus Uribe Rojas and
13 Laura Flores-Silva                *AMENDED NOTICE OF HEARING ON*
                                     *MOTION FOR ORDER APPROVING*
14                                   *LOAN MODIFICATION AGREEMENT*
             Debtor(s).
15
16                                   New Hearing:
                                     Date: May 10, 2010
17                                   Time: 11:00 am
                                     Place: U.S. Bankruptcy Court
18                                   255 E. Temple Street
19                                   Los Angeles, CA  90012
                                     Courtroom 1368
20                                   Floor 13
21
                                     Old Hearing:
22                                   Date: April 27, 2010
23                                   Time: 11:00 AM
                                     Place: U.S. Bankruptcy Court
24                                   255 E. Temple Street
25                                   Los Angeles, CA  90012
                                     Courtroom 1368
26                                   Floor 13
27
28 **AMENDED NOTICE OF HEARING ON MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENT**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      PLEASE TAKE NOTICE THAT the Notice of hearing on the Motion for Order Approving Loan Modification Agreement filed by BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, ("Movant" hereinafter) before the Honorable Judge Vincent P. Zurzolo is amended to April 27, 2010 at 11:00 AM in Courtroom 1368 of the above-entitled Court.

Date: April 2, 2010

Respectfully submitted by:
ROUTH CRABTREE OLSEN, P.S.

/s/ Edward T. Weber
EDWARD T. WEBER, ESQ.
Attorneys for Movant

AMENDED NOTICE OF HEARING ON MOTION FOR ORDER APPROVING LOAN MODIFICATION AGREEMENT

2

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 505 N. Tustin Ave., Suite 243, Santa Ana, California, 92705. On the date stated below, I served within **Amended Notice of Hearing on Motion for Order Approving Loan Modification Agreement** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail as follows

DEBTORS:
Jose Jesus Uribe Rojas
1312 N Crestview Ave
San Bernardino, CA 92404

Laura Flores-Silva
1312 N Crestview Ave
San Bernardino, CA 92404

ATTORNEY FOR DEBTORS:
Leroy Bishop Austin
3250 Wilshire Blvd Ste 1500
Los Angeles, CA 90010-1502

CHAPTER 13 TRUSTEE:
Nancy K. Curry
606 South Olive Street Suite 950
Los Angeles, CA 90014

Bank of America
PO Box 30750
Los Angeles, CA 90030

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed on April 5 2010 at Santa Ana, California.

By: /s/Margaret Rafter

**AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

2