| | |
|---|---|
| 1  ROUTH CRABTREE OLSEN, P.S.<br>   EDWARD WEBER, ESQUIRE, #194963<br>2  JONATHAN J. DAMEN, ESQUIRE, #251869<br>   505 N. Tustin Ave, Suite 243<br>3  Santa Ana, California 92705<br>   Telephone 714-277-4915<br>4  Facsimile 714-277-4899<br>   Email eweber@rcolegal.com<br>5 | **FILED & ENTERED**<br><br>MAY 26 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY speters    DEPUTY CLERK |

6  File No.: RCO 7021.37002
   Attorneys for BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS
7  SERVICING LP

8

9                    UNITED STATES BANKRUPTCY COURT
                     CENTRAL DISTRICT OF CALIFORNIA
10                        LOS ANGELES DIVISION

11

12

| In re: | Bk. No. 2:09-bk-37245-VZ<br>**Chapter 13** |
|---|---|
| Jose Jesus Uribe Rojas and<br>Laura Flores-Silva | |
| | *ORDER APPROVING LOAN*<br>*MODIFICATION AGREEMENT* |
| Debtor(s). | |
| | Hearing:<br>Date: May 10, 2010<br>Time: 11:00 am<br>Place: U.S. Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA  90012<br>Courtroom 1368<br>Floor 13 |

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**

1

1
2   This matter came before the Court on regular notice on May 10, 2010 at 11:00 am. before
3   the Honorable Vincent P. Zurzolo, United States Bankruptcy Judge, and after consideration of
4   the motion, and good cause appearing therefore, it is hereby ORDERED THAT, Debtors' Jose
5   Jesus Uribe Rojas and Laura Flores-Silva and BAC Home Loans may discuss and/or enter into a
6   loan modification at their own free will. However, the Court will not approve any specific loan
7   modification agreement.
8
9
10                                    ###

26  DATED: May 26, 2010
                                                    _____
                                                    United States Bankruptcy Judge

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 18, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 18, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor: Jose Jesus Uribe Rojas - 1312 N Crestview Ave, San Bernardino, CA 92404
         Laura Flores-Silva - 1312 N Crestview Ave, San Bernardino, CA 92404
Debtor's Counsel: Leroy Bishop Austin - 3250 Wilshire Blvd Ste 1500, , Los Angeles, CA 90010-1502
Chapter 13 Trustee: Nancy K. Curry - 606 South Olive Street, Suite 950, Los Angeles, CA 90014
United States Trustee: 725 S Figueroa St., 26th Floor, Los Angeles, CA 90017
U.S. Bankruptcy Court Chambers of the Honorable Judge Vincent P. Zurzolo: 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/18/10 | Margaret Rafter | /s/ Margaret Rafter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**

3

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of May 18, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.
Chapter 13 Trustee: Nancy K. Curry - ecfnc@trustee13.com
United States Trustee: ustpregion16.la.ecf@usdoj.gov
Movant's Counsel: Edward T. Weber, bknotice@rcolegal.com
Debtor's Counsel: Leroy Bishop Austin - lbishopbk@yahoo.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor: Jose Jesus Uribe Rojas - 1312 N Crestview Ave, San Bernardino, CA 92404
      Laura Flores-Silva - 1312 N Crestview Ave, San Bernardino, CA 92404

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**
4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**

5